**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

NASSIR ABDI MAHAMOUD,

Plaintiff,

v.

OFFICER JAMES FELT, ET AL.,

Defendants.

Civil No. 01-1375 DWF/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 8/2/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate Judge on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

Mahamoud vs. Felt, et al

NEW CASE NUMBER CIVIL 01-1375 DWF/JMM

Use this case number for all further filings.