UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO.: 01-1375 DWF/JMM

---

Nassir Abdi Mahamoud,

Plaintiff,

v.

Officer James Felt,
Sgt. Dwight Schrum;
City of Litchfield
and City of Willmar

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL**

---

COME NOW the above-named parties, through undersigned counsel, hereby stipulate that Plaintiff's claims against Defendants Officer James Felt and the City of Willmar, shall be dismissed with prejudice and without attorney fees or costs to any party.

Dated: 5/3/02

LAW OFFICE OF JORDAN S. KUSHNER

Jordan S. Kushner, ID 219307
Attorney for Plaintiff
Sexton Building -- Suite 636
529 South 7th Street
Minneapolis, Minnesota 55415
(612) 288-0545

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

5.7.02

Mr. Pierre N. Regnier, ID 90232
444 Cedar Street, Suite 2100
St. Paul, Minnesota 55101-2160
(651) 290-6500

FILED MAY 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IVERSON REUVERS, LLC

Ms. Kafi E. Cohn, ID 030251X
230 Towline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7210

**ORDER**

Pursuant to the foregoing stipulation of the parties, **it is hereby ordered** that the claims against Defendants James Felt and the City of Willmar are dismissed with prejudice and without costs to any party.

Date: May 16, 2002

Donovan W. Frank
United States District Judge