# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nassir Abdi Mahamoud,

v.

Sergeant Dwight Chuck Schrum and
City of Litchfield

Case No. Civil 01-1375 DWF/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that 1. Defendants' Motion for Summary Judgment is GRANTED; and 2. The COMPLAINT is DISMISSED WITH PREJUDICE.**

DATE: October 4, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

27