UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nassir Abdi Mahamoud,

Plaintiff,

Civil 01 CV 1375 DWF

v.

Sergeant Dwight Schrum and
City of Litchfield,

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Nassir Abdi Mahamoud as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 566.05 | $ 566.05 |
| Fees for exemplification and copies | $ 40.20 | $ 0.00 |
| Fees and disbursements for printing | $ 306.75 | $ 0.00 |
| TOTAL: | $ 913.00 | $ 566.05 |

Costs, therefore, are taxed in the sum of Five Hundred Sixty-Six Dollars and 05/100 ($566.05) in favor of Defendants and against Plaintiff Nassir Abdi Mahamoud and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of April 22, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED APR 2 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK